NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001364
17-APR-2017
01:25 PM

NO. CAAP-14-0001364

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KAMAILE ELAINE POWELL, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(Kona Division)
(CASE NO. 3DTC-14-043849)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on February 28, 2017, is hereby corrected as follows:

On page 4, in the eleventh line, the parallel citation for Nielsen v. American Honda Motor Co. should be corrected to read "989 P.2d 264, 271 (App. 1999)".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 17, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, C.J., and Leonard and Ginoza, JJ.